**Larry ZELENOVICH, Appellant,**

v.

**Cynthia ZELENOVICH, Respondent.**

**No. 73814.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 18, 1998.

James Rohlfing, St. Louis, for appellant.

W. Morris Taylor, Clayton, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

with a promise made; it does not purport to require a court to impose only the sentence a

*ORDER*

**PER CURIAM.**

Appellant, Larry Zelenovich, appeals the judgment entered by the Circuit Court of St. Louis County dissolving his marriage to respondent, Cynthia Zelenovich. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).